IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| GENELCO INC., | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 140438N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION** |

This Final Decision incorporates without change the court's Decision entered on December 16, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16.

This matter is before the court on Defendant's Answer filed December 15, 2014. Plaintiff filed its Complaint on December 8, 2014, appealing Defendant's Notice of Deficiency Assessment dated September 3, 2014. In its Answer, Defendant agreed that "no additional tax is due for the 2012 tax return – Tax Year Ending 9/30/13." (Def's Ans at 1.) Because the parties are in agreement, the case is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that, as agreed upon by the parties, Defendant will cancel its Notice of Deficiency Assessment, dated September 3, 2014.

Dated this ____ day of January 2015.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by* <u>*mailing*</u> *to: 1163 State Street, Salem, OR 97301-2563; or by* <u>*hand delivery*</u> *to: Fourth Floor, 1241 State Street, Salem, OR. Your Complaint must be submitted within* <u>*60*</u> *days after the date of the Final Decision or this Final Decision cannot be changed. See TCR-MD 19.*

*This document was signed by Magistrate Allison R. Boomer on January 2, 2015. The court filed and entered this document on January 2, 2015.*